UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

C. MAURICIO GUTIERREZ POLANCO and
VILMA KTOMA, his wife,

    Plaintiffs,

vs.

                                            CASE NO.:  1:21-cv-21906 DPG

RICK A. FORD and KNIGHT
TRANSPORTATION, INC.,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF DROPPING PARTY DEFENDANT, RICK A. FORD

The Plaintiffs, C. MAURICIO GUTIERREZ POLANCO and VILMA KTOMA, his wife, by and through their assigned Counsel, and pursuant to F.R.C.P. 21, respectfully notify this Honorable Court of their intention to drop Defendant, RICK A. FORD, a Georgia resident, as a party to this action without prejudice.

Upon information and belief at this time, it appears that Co-Defendant, RICK A. FORD, was at all times material, employed by Defendant, KNIGHT TRANSPORTATION, INC.  As such, Plaintiffs will pursue their claims only against Defendant, KNIGHT TRANSPORTATION, INC., and not against RICK A. FORD.

The Plaintiffs respectfully request this Court to enter an Order acknowledging that current Defendant, RICK A. FORD, is no longer a party to this action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been electronically served via the Florida Courts eFiling Portal to: Ryan D. Schoeb, Esq., rschoeb@wshblaw.com, Andrew M. Brown, Esq., abrown@wshblaw.com; Wood, Smith, Henning & Berman, LLP, 1501 S. Church Avenue, Suite 200, Tampa, Florida  33629 on June 3, 2021.

*/s/ David C. Prather*
_____
David C. Prather, Esq. for
CLARK, FOUNTAIN, LA VISTA, PRATHER,
& LITTKY-RUBIN, LLP
1919 N. Flagler Drive, 2nd Floor
West Palm Beach, FL 33407
PH: (561) 899-2100
Fax: (561) 832-3580
Email:  dprather@clarkfountain.com
Florida Bar No.
Attorney for Plaintiffs